**EXHIBIT 6**



# OFFICE OF THE DISTRICT ATTORNEY
MARIN COUNTY, CALIFORNIA

*Prevention ★ Prosecution ★ Protection*                         *Edward S. Berberian*
                                                                 **DISTRICT ATTORNEY**

*Barry G. Borden*
**CHIEF DEPUTY
DISTRICT ATTORNEY**

*Kathryn D. Mitchell*
**CHIEF DEPUTY
DISTRICT ATTORNEY**

*Robert R. Guidi*
**CHIEF INSPECTOR**

*Peggy M. Toth*
**ADMINISTRATOR**

September 12, 2006

Board of Parole Hearings
Attention: D.S. Levorse, Classification and Parole Representative
CTF Soledad
P.O. Box 686
Soledad, CA 93960

Re:  <u>Fikri Bayramoglu CDC# C-54604; Lifer Hearing: October 26, 2006</u>

Dear Members of the Board:

The Marin County District Attorney's Office objects to the release of inmate Bayramoglu on parole.

Inmate Bayramoglu and the victim, Tracy Jones, were in a dating relationship. Bayramoglu was jealous and possessive. Miss Jones attempted to end the relationship. Bayramoglu lured the victim to his apartment and shot her five times at close range. During his trial, he became violent and attempted to escape from the courtroom. He claimed the police had shot the victim and that the coroner was covering for the police.

Inmate Bayramoglu shows absolutely no remorse for taking the life of Miss Jones. In fact, he now views himself as the victim rather than the young woman whom he brutally killed.

I will be present at the hearing on October 26, 2006, to object to release of this dangerous man.

Sincerely,

EDWARD S. BERBERIAN
District Attorney

KATHRYN D. MITCHELL
Chief Deputy District Attorney

KDM/hcp



# OFFICE OF THE DISTRICT ATTORNEY
MARIN COUNTY, CALIFORNIA

*Prevention ★ Prosecution ★ Protection*　　　　　　　　　　　　　　　　*Edward S. Berberian*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**DISTRICT ATTORNEY**

*Barry G. Borden*
**CHIEF DEPUTY**
**DISTRICT ATTORNEY**

September 12, 2006

*Kathryn D. Mitchell*
**CHIEF DEPUTY**
**DISTRICT ATTORNEY**

Board of Parole Hearings
Attention: D.S. Levorse, Classification and Parole Representative
CTF Soledad
P.O. Box 686
Soledad, CA 93960

*Robert R. Guidi*
**CHIEF INSPECTOR**

*Peggy M. Toth*
**ADMINISTRATOR**

Re:  <u>Fikri Bayramoglu CDC# C-54604; Lifer Hearing: October 26, 2006</u>

Dear Members of the Board:

The Marin County District Attorney's Office continues to strongly object to the release of inmate Bayramoglu on parole.

This inmate brutally murdered his former girlfriend, Tracy Jones, by bringing her to his apartment and shooting her multiple times. Miss Jones was attempting to end the relationship. Inmate Bayramoglu's attitude was that if he could not have Miss Jones, then no one could, and she would have to die.

This inmate has never shown true insight or remorse for his murderous actions. Inmate Bayramoglu continues to break the rules in prison, and he is clearly dangerous.

A representative of this office will be present at the hearing on October 26, 2006, to object to inmate Bayramoglu's release on parole.

Sincerely,

EDWARD S. BERBERIAN
District Attorney

ESB/KDM/hcp

# EXHIBIT 7

BOARD OF PRISON TERMS                                    STATE OF CALIFORNIA
### SETTING A LIFE PRISONER TERM – PAROLE DENIED

#### 11. NOTE TO CDC STAFF: RECOMMENDATIONS AND REQUESTS

[x] 3. the panel's belief that the prisoner's current mental health is an important issue. In the new full evaluation, the panel requests that the clinician specifically address the following:

   [x] a. the prisoner's violence potential in the free community;

   [x] b. the significance of alcohol/drugs as it relates to the commitment offense and an estimate of the prisoner's ability to refrain from use/abuse of same when released;

   [ ] c. the prisoner's psycho-sexual problems;

   [x] d. the extent to which the prisoner has explored the commitment offense and come to terms with the underlying causes;

   [ ] e. the need for further therapy programs while incarcerated.

   [ ] f. other: _____

[ ] 4. the panel's belief that the prisoner has deteriorated psychologically and there appears to be a need for treatment. The panel bases this conclusion upon

_____
_____
_____
_____

[ ] B. (Other requests to CDC staff): _____

BAYRAMOGLU, FIKRI, C54604