Fikri Bayramoglu,
C-54604-CTF-C-2W-
329-1 - P.O. BOX 689
Soledad, CA 93960

Petitioner In Pro Per.

FILED

08 MAR 17 PM 4:55

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

In the United States District Court

For the Northern District of California
San Francisco Division

Fikri Bayramoglu,          Case No: C-07-4374-

          Petitioner,      VRW (PR)

VS.                         TRAVERSE

Ben Curry, Warden,

          Respondent.

1. Before: The Honorable Vaughn Walker, Chief Judge:

On Dec. 12, 2008, Petitioner will be -60- years old, and spend almost half of his life in prison for the matter currently before this court, without any prior criminal history, and near "model inmate" record prior to the CDC misconduct for the -15- months "illegal SHU Term".

2. It appears to Petitioner that the Respondent admitting that the "BPH did not have any legal and moral Justification for the Petitioner's "extended suffering".

3. The main factors for parole consideration is whether or not punishment fit the crime, and whether or not the inmate is danger to society? These factors

are irrelevant in the instant case, after serving almost ~30~ yrs. for the ~15~ yrs. to-life-sentence, and petitioner will be immediately deported to his home country, upon release from the prison.

4. Petitioner waived his right to appear before U.S. Magistrate Judge for the immigration hearing/process, and requests this Hon. Court that the petitioner immidiately be taken to the nearest airport, and be departed to his home country, as requested by the Turkish Consulate General. See Respondent's Exh. 2 page 16.

5. Respondent did not produced any reliable evidence that this Petitioner is "currently dangeaours" to the public safety. At Petitioner's bail reduction hearing, the Court said: "The only person that he was dangerous was the victim" and reduced Petitioner's bail from #250,000 to #50,000.

6. Petitioner refused to appear before the BPH for the reasons noted in his letter to the BPH dated: Aug. 10, 2006, see Resp's Exh. ~8~ The attorney appointed by the BPH were not requested by the Petitioner, nor he had the authorization of the Petitioner to represent him for his Oct. 25, 2006,  BPH. Furthermore, the denial of parole would have been ~2~ years, instead of ~4~ years, if the Petitioner was willing to give-up his lawful hearing. See Respd's Ext. ~2~ page 26&27.

7. Petitioner did not "...programmed in a limited manner, did not "failed" to develope marketable skil, and did not failed to participate in self-help..." Petitioner has passed his GED and has many marketable skils to support himself in his home country Turkey. Furthermore, the Respandents are responsible if the petitioner fails to support himself at the other end of the world.

8. Petitioner have participated approximately 30/40 self-help programs, and these "original chronos and

GED were an exhibit attached to his Petition filed in this Court, Case NO: C-99-4870-VRW (PR)

9. Petitioner declares under the penalty of perjury that he does not have single one so called "serious" disciplinary that he's guilty of! Not a single one! Furthermore, the CDC is "guilty" and responsible for the CDC 115's that this Petitioner was "forced" re-cive, and responsible for the petitioners' single-cell status, and responsible for the pain/suffering and pernicious affect of these "trumped-up-charges" that resulted in "extended suffering" of this Pet titioner. See Respd's Exh. -8- (Pet's letter to the BPT dated: Aug. 10, 2006, Petitioner will also submit additional documents/exhibits in these matters and others for this Hon. Court's review/consideration in support.

10. Psychologist report for the "2002 hearing" were submitted by a bias examiner, who told the petitioner during the interview: "if the situation was reverse, the sentence will be death, right?" it's incredible! This is suppose to be a person with Phd. degree, and have such a misguided opinion of the Petitioner's home country, the Republic of Turkey. She probably, cannot even locate Turkey on the map!

11. Petitioner told what this psychologist said to Dr. R. Keeler, and he apologized on her behalf to the petitioner, and made incredible compliments to to the Petitioner about his charecter, personality, morals, values, self discipline and respect. The Court may call or write to Dr. Keeler, to verify these facts.

12. Regarding assuming responsibility for the crime and remorse, Petitioner request review as "Facts Pertaining to the incident" Respd's Exh. -8- and Petition-er's letter to the BPt dated: March 5, 2007. Petitioner is extreemly sorry for what he has done! Petitioner swear to Almighty God that he's "extreemly sorry" Petitioner

Says this not because of the board or the Court, but rather because he feels that way, and still loves the victim very, very much. Wishes that was her survived instead of himself!

13. Petitioner was "stupid, ignorant, inexperience; and immature when this tragedy took placed. Simply was not able to deal with the "pain in his heart" at that time, worst, thought that pain was for life, how wrong! Petitioner had tears in his eyes, and pain in his heart when he pulled that trigger on that faithful day and turned the weapon to himself, and survived a "genuine suicide attempt." All these undisputed facts are manipulated and ignored by the Respondents, and Petitioner treated and have served more time than the cold-blooded dispassionate "double murderer!" See Petitioner's letter of April 9, 2007, to Marin Co. Superior Crt. Judge Dufficey, who in his order called the petitioner's claims "absurd."

14. Yaur Hon this Judge perhaps still under investigation by the FBI. For "Judicial corruption/misconduct" Petitioner have served copy of his letter to Judge Dufficey, to Respondent's Attorney Ms. D. Yates, however, for some reason(s) she did not included in her answer/exhibits to this Petition.

15. Also not included in the answer, D. Public Defender Ms. Gaile O'Connor & Mr. Mark B. Davis' letters to the BPT on Pet. behalf, but they were attached to Pet's original Pet. Also not included in the answer, Pet's Enclosed/attached letters to: Mr. Jerry Brown, A.G. Deputy A.G. Ms. D. Yates, D. A.G. Mr. James Ching, and D. A.G. Mr. Daniel Rossick, regarding Petitioner's "trump-up" charges, and other legal nightmares in the California State Prisons.

16. Regarding the "De-facto-BPH" and their total disregard for the State and Federal laws, Petitioner

Submits Declaration of Albert M. Leddy, former BPT Commissioner/Chairman, 1983 to 1992, dated: 5 March, 1999, (Please take notice of the petitioners writing on this declaration, at the "side of the 1st page, and the last", regarding his nightmares with the "board), and petitioners letter() to the BPH chairman, dated: Oct. 30, 2007, regarding the status of his 2nd application for transfer pursuant to U.S. - Turkey Prisoner - Transfer - Treaty, no response. Regarding the BPH's total disregard for the state and federal Laws, and gross discrepancy between the "absurd Order" filed by the "Judge Duffieey, and the Santa Clara" Superior Court Order filed: Aug. 30, 07. Please see Attorney Jacob Burland's letter of Sept. 7, 2007, regarding BPH violations of the State and Federal Laws.

17. Petitioner considers Santa Clara Superior Court's Order proof possitive that the Marin Co. Superior Court "Judge" Duffieey that he did not have any moral or any legal Justification for denying petitioners petition, and calling his claims in his petition "absurd." The independent Marin Journal wrote a very long, and negative article about this Judge, it's incredible, that he's still on the bench.

18. Respondent: "Bayramoglu does not challenge his conviction in this petition." On Jan. 9, 2008, Petitioner filed a Pet. for Writ of Habeas Corpus in the Supreme Court of California, Case No: S159780, because of denial of fair trial because of denial of access to Turkish Embassy/Consulate, before and after the trial, based on in re: Medellin v. Texas, 06-984. International Court of Justice ruled that the Mexican prisoners law rights were violated under the Geneva Convention on Consular affairs, and U.S. Supreme Court agreed that the President, and the Texas Supreme Court must complied with the International Court of Justice ruling, and President agreed as well. Currently pending.

19. in re: Ronald Hayward, USCA for the Ninth Circuit NO: 06-55392, granted his appeal, in response, petitioner wrote this attached letter to the Ninth Circuit dated: Jan. 17, 2008, no response from the Court. Pet. Served copy of the said letter to the U.S. Supreme Crt. Attached is the copy of the letter dated: Feb. 19, 2008, from the Supreme Court of the United States, Case NO: 07-8471, "...petition for a writ of certiorari is dismissed." However, the Honorable Justice Stevens, "dissents." Attached is the copy of the Pet's letter as Sept. 11, 2007, to the President of the United States, for the matters noted therein. See atch. letter from the USPS dated: 12-17-2007, "Address of the Recipient: White House 20500."

## CONLUSION

20. It's pathetic that the Petitioner has to file a petition for writ of habeas corpus in order to get out of the prison, and be deported back to his home country, after serving almost ~30 years for his ~15-years-to-life sentence without any prior criminal history, and with near "Model inmate" record prior to "CDC misconduct" for the ~15-months "illegal SHU Term."

Also equally pathetic that the Marin County Superior Court Judge, Mickeal B. Dufficey, issued an Order that denied the petition, and called the petitioner's claims are "absurd" under these foregoing facts. See Petitioner's response letter to this order dated: April 9, 2007, also see this current petition, page ~7~ "Note For the Court."

Respondent cannot and did not produced any reliable evidence for the legal and moral justification for the "extended suffering of this Petitioner" or that the Petitioner's deportation back to his home country Turkey, will pose a threat to that country.

For the reasons herein, and in petitioner's petition Petitioner respectfully requests an Order from this Hon. Court for release and immediate departation back to his home Country Turkey. Petitioner respectfully requests

review of the below listed documents/exhibits for assist-
ing this Hon. Court for it's just and fair decision.

Dated: 3-13-2008. Respectfully submitted,

Bouramooty
Petitioner in Pro Per.

Date:    Description of the Documents/Exhibits    Page:

Feb. 19, 2008, letter from the Supreme Court of the U.S.    1.
Jan. 17, "  Petitioner's letter to the USCA 9th Cir.    1.
Sept. 19, 2007,    "    "    "  "  President of the
        United States, and a letter from the USPS
        dated: 12-17-2007.    2.

April 19, 2007, Petitioner's letter to Mickeal B. Dufficey,
        Judge, Marin County Superior Court.    1.
Sept. 7, "    Letter from Attorney Jacob Burland,
        In re: Santa Clara Superior Court Order
        Filed: Aug. 30, 2007, regarding BPH's
        disregard fo the State and federal Laws    2.
March 5, 1999, Declaration of Albert M. Leddy, BPT Chair-
        man, regarding BPT "misconduct."    5.
March 5 & Oct. 30, 2007   Petitioner's letters to BPH.    2.
Aug. 6, Oct. 19, and 25, 2007, Petitioner's letters to:
        Deputy A.G. Mr. Daniel Rossick, Ms. Denise
        A. Yates, and Mr. James Ching........5.
Feb. 4, Aug. 27, 2007, Petitioner's letters to: Mr. Jerry B.
        Brown, Attorney General of the State of CA....2.
Aug. 27, 1997, Director level "Amended Decision" Case NO:
        94 03327, "declaring/admitting" that the 15-
        months SHU Term "illegally assessed, and
        "Petitioner's response letter to this Am-
        end decision dated: Aug. 27, 2007......2.
Jan. 28, 2002, CDC 128G I.C.C. Classification.......1
As of this writing, Pet. have not received the copy of the Hon.
Justice Stevens' "dissent." Pet. declares under the
penalty of perjury that he will serves copies of all said
documents/Exhs. noted herein to Respondent's attorney.

CTF-1362 (Rev. 02-00)

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 19, 2008

Mr. Fikri Bayramoglu
#C-54604
CTE-2-329L
P.O. Box 689
Soledad, CA  93960-0689

   Re: Fikri Bayramoglu
     v. A. P. Kane, Warden
     No. 07-8471

Dear Mr. Bayramoglu:

  The Court today entered the following order in the above-entitled case:

  The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U.S. 1 (1992) (*per curiam*). Justice Stevens dissents. See *id.*, at 4, and cases cited therein.

Date: February 26, 2008

Sincerely,

*William K. Suter*

William K. Suter, Clerk

To Clerk of the Court:

  For the reasons granting the petition, and questions presented, and for the reasons cited in the Hon. Justice Stevens, petitioner disagrees with the decision. Requests copy of the "dissent", so that he may appeal this matter in the International Court of Justice.
  Copy Provided To: International Court of Justice.
  PET/ Fikri Bayramoglu

Fikri Bayramoglu, C-54604
P.O. Box 689-ZW-329L
Soledad, CA. 93960-0689, USA

**January 17, 2008.**

**To: Alex Kozinski, Chief Judge, Daniel M. Friedman,
and Ronald M. Gould, Circuit Judges.**
USCA for the Ninth Circuit - P.O. BOX 193939
San Francisco, CA 93119-3939

RE: **"STOLEN LAWSUITS"** BY THIS COURT, CASE NUMBERS: 99-16673/03-15131. AND
RONALD HAYWARD, APPELLANT, CASE NO.: 06-55392. U.S. DIST. CRT. (CD) CA.
NO.: CV-05-07239-GAF(CT) GARY A. FEESS, DISTRICT JUDGE, PRESIDING.
OPINION BY: RONALD M. GOULD. FILED: JAN. 3, 2008.

Thank you for the above noted opinion reversed the California Governor's
reversal of the California Board of Parole Hearings determination that my friend,
ex-celmate Ronald Hayward was suitable for parole.

Despite his very long criminal record, after living with him, I've became
convinced that Ronald Hayward, my friend "chain-saw" rehabilitated, and poses no
threat to public safety.

We're approximately the same age; have served same amount of time, accept
he has a very long criminal record, and I don't, and he **"licked the blood"** off the
knife that he stabbed the victim to death with, where I've turned the gun to myself;
closed my eyes, and pulled the trigger after I've shot the victim, and survived
my **"genuine suicide attempt."** Facts pertaining to the incident, the court my cite:
Bayramoglu, v. Estell, 806 F. 2nd 880 (9th Cir. 1986).

Thank you for the reversal and remand with instructions to grant his writ, I'm
sure he's very happy, and looking forward to see and to meet his new family members
and friends, and his second/third/fourth/fifth chance to freedom? And thank you for
issuing **"Postcard Denials"** for every single appeal that I've filed in this court, and
thank you for "stealing" my lawsuit for the denial of "confidential" correspondence
with my Turkish Ambassador, and thank you for "stealing" my $75,000 lawsuit, plus
pain and suffering for my -15- months **"illegal SHU Term!"** And thank you for entering
"Pre-Filing-Review-Order" on May 15, 2007, NO.: 07-80059, preventing me filing furt-
her appeals in this court. Under appeal in the U.S. Supreme Court, NO.: 07-8471.

In my letters of July 31, 2001 & Sept. 30 & Oct. 28, 2007, to this court, I've
stated my reasons for declining to file further appeals in this court, and that I've
forwarded the case files for the "stolen lawsuits" as noted in that above noted pre-
filing-review-order to General Counsel to Turkish foreign mission in the U.S. Enclosed
please find copy of the letter dated: Dec. 17, 2007, and certify mail, returned
receipts dated: 11/13 & 12/17/2007, from the USPS confirming the delivery of these
files, and my letters/documents dated: Sept. 11, 2007, to the Appellate Commissioner,
Peter L. Shaw, and President of the United States.
Enclosures.                          Sincerely,

                                     FIKRI BAYRAMOGLU

CC: General Counsel to Turkish foreign mission in the U.S. W.D.C. Turkish
Ambassador, W.D.C. American Ambassador, Ankara/Turkey, Ministry of Justice,
and Attorney Ms. Gokce Su Gulleroglu, Ankara/Turkey & United States Supreme
Court, Case NO.: 07-8471. Copies Provided To: "All American & Turkish Written
And Broadcast News Agencies." Enclosures and supporting evidence upon request.

HELP! HELP! HELP! SENTENCE EXPIRED! "FORGOTTEN MAN!"
TURKISH PRISONER HELD-HOSTAGE IN THE CALIFORNIA STATE PRISON!
FIKRI BAYRAMOGLU, #C-54604-CTF-C-ZW-329-L - P.O. BOX 689
SOLEDAD, CA 93960 USA - PETITIONER IN PRO PER.

The Honorable Goerge W. Bush
President of the United States of America          September 11, 2007.
1600 Pennsylvania Avenue, NW
Washington, DC 20500

    I, **FIKRI BAYRAMOGLU**, DECLARE UNDER THE PENALTY OF PERJURY, UNDER THE LAWS OF THE UNITED STATES THAT THE USCA FOR THE NINTH CIRCUIT HAVE **"STOLEN TWO MAJOR LAWSUITS"** FROM ME! I FURTHER DECLARE THAT I AM A **"COMPLETELY INNOCENT VICTIM"** IN THE SPURIOUS I/M WEAPON CHARGED/CONVICTION, IN WHICH, IT HAD PERNICIOUS EFFECT UPON MY LIFE; LIBERTY, AND FOR MY CONSTITUTIONAL LAW AND HUMAN RIGHTS!

**Dear Mr. President:**

**1.** I am truly in a legal nightmare, and I desperately need your assistance. Please find enclosed copies of my letter to the Hon. Peter L. Shaw, Commissioner, USCA for the Ninth Circuit, dated: Sept. 11, 2007, in the above noted matters, and copies of the attached letters therein.

**2.** I've lived in the United States, lot longer than I've lived in my motherland, the Republic of Turkey, however, I've never been treated "equal, or like an "average Joe" in this country, especially, after the 9/11 because of my Turkish race and Islam Religion (I don't even practice any religion) I've no law rights in this country!

**3.** No matter what happened to me, no matter what I've filed, all are just simply "gloss-over-rubber-stamped-denied" by the CDC and the courts. To support my allegations in my stolen lawsuits, I'd like you to review enclosed copy of my "REPLY TO "PRE-FILING REVIEW ORDER" dated: Aug. 5, 2007, filed in the USCA for the Ninth Circuit, NO.: 07-80059, and copy of my declaration dated: June 25, 2006, filed in the U.S. Supreme Court, NO.: 06-7605, and copies of the Attorney James W. Dirks' letters of 19 April, 1999 & 24 May, 2000, they were an exhibit "A & B" attached to my declaration, and copy of my "REQUEST FOR CERTIFICATE OF APPEALABILITY..." dated: Aug. 22, 2007, describing my legal nightmares in the United States District Court (ED) CA. NO.: C 06-2249 VRW (PR) (I've no law rights in that court whatsoever!)

**4.** Very first time in prison for over a tragic love story, in which, I was also a "victim" at the time of the tragedy, (survived a genuine suicide attempt) and yet, I have been treated worst than the "cold-blooded-dispassionate-base-ball-bat-sledgehammer-pipe-wrench-Uzi-Machine-Gun & Baby-Murderers" after serving almost -30- for my -15-years-to-life-sentence! Every time I go to Board of Parole Hearings, they're acting like I've been in prison just for only -30- seconds, instead of -30- years, and they're getting ready to put me on a trial, over and over again, in gross violations of my Constitutional Law and Human Rights! In Sept. 16, 2002, the BPH denied my parole/transfer pursuant to U.S.-Turkey Prisoner Transfer Treaty, **"within -3- minutes"** after serving almost a "quarter of century" for my sentence. What kind of a due process a man can have within -3- minutes? What happened in the courts? Please review above noted "Certificate of Appealability..." That was my third -4- year denial of parole/transfer in a row! **I'VE NO LAW RIGHTS IN THIS COUNTRY!**

**5.** I've never seen such an evil and vindictive criminal justice system without any redeeming qualities! Based upon entirely on vengeance, political and economical exploitations, and massive incarcerations of the poor and the helpless, at the same time, rich and the famous are allowed to getaway with double murders.

**6.** In the American movie titled **"Midnight Express"** slanting/insulting Turkish legal system and its prison conditions, an actor playing Billy Hayes, while standing at the front of the three panel Turkish court said: **"TURKEY, I FUCK YOUR NATION, AND I FUCK YOUR SONS AND DAUGHTERS!"** There's no doubt in my mind, if I was an American, and treated the way I've been treated by the American courts and its prison, they'd have another movie like the Midnight Express, bringing undeserved shame upon my brave, proud nation, the Republic of Turkiye!. I hope and pray that you will do what's right and good in these matters. Enclosures. CC: Turkish & American Ambassador.

                   Respectfully submitted,

                 FIKRI BAYRAMOGLU/PETITIONER


**UNITED STATES**
**POSTAL SERVICE**

Date: 12/17/2007

FIKRI BAYRAMOGLU:

The following is in response to your 12/17/2007 request for delivery information on your Certified item number 7099 3400 0015 7059 6153. The delivery record shows that this item was delivered on 09/17/2007 at 04:20 AM in WASHINGTON, DC 20500 to M NALDO. The scanned image of the recipient information is provided below.

Signature of Recipient:

Address of Recipient:

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

SENTENCE EXPIRED! TURKISH PRISONER HELD-HOSTAGE
IN THE CALIFORNIA STATE PRISON!
FIKRI BAYRAMOGLU, #C-54604-CTF-C-ZW-329-L
SOLEDAD, CA 93960 USA

Marin County Superior Court, Criminal Div.          Dated: April 9, 2007.
P.O. BOX 4988 - San Rafeal, CA 94913-4988

TO: THE JUDGE WHO ON MARCH 19, 2007, ISSUED AN "ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS." CASE NO.: SC 152471A.

1.    This stupid idiot, "COLD-BLOODED-DISPASSIONATE-EVIL-VINDICTIVE," so called judge, in that above noted order stated in part: "The claims set forth in petitioner's petition are absurd." I tell you what's "absurd" fool! Your sense of respect for doing what's right and good, equal treatment under the law for all, and proportionate punishment for the "same sentence" and simple fairness, that's "ABSURD!"

2.    Any "absurd" irrational judge like you, makes a statement like that, and have absolutely no respect for my Life; Liberty, and for my Constitutional Law and Human Rights, and for my "extended suffering" deserves no respect from this "Young Turk!" Respect for integrity is earned by doing what's right and good.

3.    I've served almost -30- years for my -15-years-to-life-sentence for over a tragic love-story, in which, I've almost lost my own life at the time of the tragedy, without any prior criminal history, with near "model inmate" record (prior to the CDC misconduct for the -15- months "illegal SHU Term")and there's absolutely no "...risk of danger to society or threat to public safety..." involving my release from prison. Because upon release from prison, I will be at the other end of the world in my home  country, Turkey, and these claims are "ABSURD" to you?!

4.    On May 8, 2001, this court ordered the release of I/M John E. Dannenberg, who was convicted of second degree murder in 1986, for murdering his wife, and was sentenced to -16-years-to-life, and just barely served his sentence, and ordered released by this court, and that's not "ABSURD" to you?! I've served almost -30- years for my sentence under the above noted tragic circumstances, and requesting my release/ deportation back to my home country, is "ABSURD" to you? Get your head examined!

5.    I/M Robert Rosenkarntz, shot an killed a man with an "UZI-MACHINE-GUN" -10-X- and was convicted of second degree murder, and sentenced to -17-years-to-life in 1986. On June 26, 2006, the Superior Court of CA. Co. of Los Angeles, Case NO.: BH003529 ordered his release. The court stated in part: "Petitioner has now served in "excess" of the maximum term for both second and first degree murder." That's not "ABSURD!?"

6.    I/M Jeffery Elkins, Supreme Court of CA. Case NO. S14058. He was convicted of the most wanted "first degree murder" and was sentenced to -25-years-to-life, and served -27- years, and ordered released. The victim was "...sleeping during a party, clubbed him in the head with a base ball bat...dumped the corpse down a hill." That's not "ABSURD" to you? I don't give a fuck what you think or not. Because you don't think right. Reader of this document may cite: BAYRAMOGLU v. ESTELL, 806 F 2nd 880 (9th Cir. 1986) for the "FACTS PERTAINING TO THE INCIDENT." And you decide whether or not this was a murder case, and who deserves to be released in comparison to those above noted individuals. According to D. Public Defender, Marin County, Ms. Gaile O'Connor: "The case is not a murder case Your Honor," and according to BPT Commissioner, Ms. M. O'Connell: "This was a case of a manslaughter!"

7.    If the case is not a "murder case" and is a case of a manslaughter, why am I still in prison, after serving almost -30- years for a "manslaughter case" and other "cold-blooded-dispassionate, "BASE-BALL-BAT- & UZI-MACHINE-GUN-MURDERERS" are being ordered released, after serving lot less-time than myself? If it's not my crime; not my time, what the hell is wrong? Is it just because of my Turkish race and Islam Religion? What else? You've no moral or any legal justifications for my "extended suffering!" What you've is my blood in your dirty hands. CC: Turkish & American Ambassadors. Attorney Mr. Mahmut OZBAY, Counselor to the Turkish Justice Minister, ANKARA. Copies to: "ALL AMERICAN AND TURKISH WRITTEN AND BROADCAST NEWS AGENCIES."

FIKRI BAYRAMOGLU/PETITIONER.

Enclosures: "Duplicate" letter of Feb. 17, 2003, to Verna A. Adams, Judge "REQUEST FOR GLOSS-OVER-RUBBER-STAMPED-"POST-CARD-DENIALS" OF THE PETITIONS FOR WRIT OF HABEAS CORPUS, NO.: S151031/S151354." (SUPREME COURT OF THE STATE OF CALIFORNIA)

# Law Offices of Jacob Burland

3790 Via de la Valle, Suite 103E
Del Mar, CA 92014

Tel: 858-350-6756
Fax: 858-350-6791
Cell: 619-405-8607
jacobburland@burlandlaw.com

September 7, 2007

Donnell E. Jameison
C05156 ZW122L
P.O. Box 689
Soledad CA 93960-0689

RE: IN RE JAMEISON, CASE #71194

Dear Mr. Jameison:

I am pleased to enclose a copy of the Court Order following the Evidentiary Hearing of June 1, 2007.

You will note that the Court has agreed that our evidence has proved that the Board and the whole parole system is malfunctioning and must be repaired. You are to be given a new, (FAIR), hearing after the Board complies with the Court's Order which in summary is as follows:

## SUMMARY OF THE ORDER AND REMEDY

This is a 34 page order in which the court finds that Petitioners have made a prima facie showing of systematic abuse of discretion, distortion of process and constitutional violations by the Board. And that the parole system is malfunctioning and must repaired to comply with due process. Thus:

1) The Habeas Petitions are all granted.
2) The Board must develop, submit for approval and then institute a training policy for the Board members.
3) The Board must develop guidelines and further criteria for the application of the Parole Consideration Criteria of Title 15, Cal. Code of Regs., §2402.
4) The Board must develop rules policies and procedures to insure that the guidelines are followed.

5) The Board must fashion and submit for approval by the court of a program of continuing education of its members to comply with the binding authority based on the opinions of the state and federal courts.

6) The training program and associated rules and regulations shall be submitted to the court within 90 days.

7) Petitioners and other interested parties may submit briefs within 30 days thereafter.

8) The Court will then finalize the new rules and training program and all the petitioners shall each be given a new hearing in compliance with the process outlined above.

Please continue to ready yourself for the new hearing . I will keep you advised of developments.

Yours truly
Jacob Bur

cc Steve Avilla

2

STATE OF CALIFORNIA
COUNTY OF SAN LUIS OBISPO

DECLARATION OF ALBERT M. LEDDY

I, ALBERT M. LEDDY, hereby declare:

1)    I was an attorney at law, currently retired. After graduating from Boalt Hall, University of California at Berkeley, I practiced law until 1983 including serving as Deputy District Attorney and then District Attorney of Kern County, California, from 1952 to 1965 and again from 1970 to 1983.

2)    Between 1983 to 1992 I served as a Commissioner and then as Chairman of the Board of Prison Terms (BPT) pursuant to my appointment and re-appointments to those positions by Governor George Deukmejian.

3)    During approximately 9 years of service as BPT Chairman and Commissioner, parole hearings were conducted as now for "life" prisoners (with a maximum prison term of life and a minimum of between 7 and 25 years, reduced for work and good behavior), by 3-member BPT panels at intervals prescribed by the California Penal Code statutes and the parole regulations in the Code of Regulations, Title 15, Division 2, Board of Prison Terms, §§ 2000 et seq.

4)    From 1983 to 1990 BPT panels became more reluctant to grant paroles in accordance with Penal Code § 3041(a) (which requires that at the initial hearing a parole date "shall normally" be set), resulting in a substantial, steady decline in the percentage of parole dates granted at hearings. This decline was caused by increasing political pressure and new BPT Commissioner appointees who disfavored paroling life prisoners.

5)    After Governor Wilson's election in 1990, he substantially intervened to reduce parole grants; in actual effect his policy practically eliminated paroles. He accomplished this, first, by appointing and re-appointing BPT Commissioners known to disfavor parole or to favor a "no-parole" policy. These appointees were all crime victims, former law enforcement personnel or Republican legislators who had been defeated in elections and needed a job.

6)    Governor Wilson made his "no-parole" policy known in several ways including, I believe, through statements quoted by the media and possibly through the Youth and Adult Correctional Agency Secretary, although I can't say I know this to be fact. I am aware that he wanted previously set parole dates rescinded.

NOTE: This declaration was an "Exhibit -17-" in Findings and Recommendations of the Magistrate Judge, filed: Dec. 22, 2004. In re Melvyn H. Coleman, Petitioner, U.S. Dist. Crt. (ED) CA. Case NO.: S CIV S-96-0783 LKK PAN P.

TO: "ALL WRITTEN AND BROADCAST NEWS AGENCIES," REQUEST FOR "EX-PO-SE" ON THE SICK AND EVIL, VINDICTIVE "DE FACTO" CALIFORNIA BOARD OF PRISON TERMS ("BPT/BPH")

IN RE: FIKRI BAYRAMOGLU, PETITIONER IN PRO PER, SUPREME COURT OF CALIFORNIA, CASE NO.: S151345. CONTINUED ON LAST PAGE #5.

7)  The new BPT appointments by Governor Wilson violated Penal Code § 5075 which required that "[t]he selection of persons and their appointment by the Governor and confirmation by the Senate shall reflect as nearly as possible a cross-section of the racial, sexual, economic, and geographical features of the population of the state." Governor Wilson's appointments have been mostly from his home area of San Diego. Most are not qualified by training or experience for the position of BPT Commissioner, and they do not fulfill the statutory cross-section requirements of racial, sexual, economic or geographical proportion.

8)  My knowledge of these facts is based on publication and my awareness of said appointments, my daily dealings with them as panel members at BPT hearings at which paroles were denied contrary to the laws and regulations, and Mr. Wilson's public statements disavowing parole policy as set forth in the statutes and regulations, and proclaiming during his campaigns that he would not have "another Willie Horton episode." On one occasion Joe Sandoval, former Secretary of YACA (a cabinet level appointment) personally warned the Commissioners to be careful about granting paroles. Chairman John Gillis told two Commissioners, "Stop giving these dates."

9)  Governor Wilson also accomplished his "no-parole" policy by having the BPT use a previously unused law to void practically all grants of parole by BPT's panels, while not using it to overturn any decision denying parole. This law was Penal Code § 3041.2.

10) Governor Wilson also had the BPT use a seldom-used regulation, 15 CCR § 2451(c), to rescind nearly all of its previous grants of parole to prisoners awaiting their release. This regulation, known as the "improvident grant" clause, became routinely used to rescind those previously set dates. On one occasion, after I refused to recommend rescission on a panel, I was told by Ted Rich, BPT's Executive Officer, to recommend rescission when it is the Governor's desire. It was obvious to myself and other Commissioners that we would not be re-appointed if we did not comply.

11) At one point I became concerned enough about the "no-parole" policy that I wrote a 9-page brief about how we were not complying with the laws. I gave a copy to each Board member, pointing out that we could be sued. I asked that this brief be a topic on the Board's agenda. Ted Rich, as Executive Officer, said, "That's not going to be on the agenda. You can't have it on the agenda."

Inasmuch as I expressed my dissatisfaction verbally and in my brief, I'm sure that my objections helped me not to get re-appointed.

12) Accordingly, the effect that Governor Wilson has exerted upon BPT personally, through his politically-based policy, by his BPT appointments, and by his intervention to rescind and reverse parole grants, has been to remove any reasonable possibility of parole for practically all of the thousands of California prisoners serving terms of life with the possibility of parole.

13) Such a "no-parole" policy is contrary to Penal Code § 3041 which requires that BPT "shall normally" set a parole date in most cases, i.e., unless the prisoner is shown to pose a threat to public safety, and that BPT panels shall declare prisoners "suitable" for a future release date and set that release date unless a preponderance of the evidence presented at the hearing demonstrates that the prisoner "will pose an unreasonable risk of danger to society if released from prison."

14) Although the reluctance to grant parole began in the early 80's, under Governor Wilson's regime BPT panels denied parole in over 99% of cases by employing procedures that violate the parole statutes and regulations. Primarily used are offense factors. BPT panels find prisoners "unsuitable" for parole based mainly or entirely on the facts and circumstances of their offense instead of their level of dangerousness, as reflected by performance, rehabilitation and expert evaluation in their prison records. Because the facts and circumstances of crimes do not change, the procedure effectively increases all such sentences from life with possibility of parole to life without any possibility of parole. Despite contrary regulations and statutes, BPT's chief counsel and Executive Officer urged me and the other Commissioners to deny paroles based on the prisoners' offenses.

15) The procedure also eliminates BPT's duty to set parole dates because parole can't be granted for those found "unsuitable." This renders illusory BPT's term-setting obligation and lifers' opportunity to parole. Even the most deserving prisoners shown overwhelmingly not to pose an unreasonable risk (or any) risk of danger to the public if released have not, cannot and will never receive parole under such a policy.

16) After 1992, when my final term as BPT Commissioner expired, I re-entered the private practice of law. I represented an inmate at his BPT hearing. Although the inmate had a statutory right to call witnesses, who could have refuted the allegations the panel used to deny

parole, the BPT denied the witness. Additionally, the BPT substituted Commissioner Carol Bentley, a former Assemblyperson who was appointed after she was not re-elected. I had never known Ms. Bentley to grant parole to any lifer. She was the panel chairperson. She was rude, her hostility was obvious and it was evident she was pre-determined to oppose parole.

17) Prior to the commencement of his parole hearing, I personally heard Ron Koenig, a Commissioner on the hearing panel and former BPT Chairman, inform Rick Erwood, the Riverside County District Attorney attending the hearing, "don't worry" because "we won't parole this guy," in those approximate words. This is consistent with my experience described above in which BPT's hearing panels often made decisions to deny parole prior to the hearings.

18) It has been clear to me that there is a general conspiracy to prevent life prisoners from paroling, especially those whose offenses include murder. Obviously, such a "no-parole" policy means that no murder offender can get a fair hearing as the law requires. If you can deny a prisoner "suitability" solely on the basis of the crime, you can deny him forever. The crime won't change. The parole law is based on the idea that prisoners do change, and become no danger to public safety. Statistically the murder offender rarely repeats at crime once released.

19) As a taxpayer, I believe it is a waste of perhaps millions of dollars each year to incarcerate those life prisoners whose prison records adequately demonstrate they are no longer a threat to public safety. The correctional system spends millions on programs to teach them trades and marketable skills, to give them a general education, and until its discontinuation, psychological therapy to help them change their lives. I believe the law must be followed, that the Governor cannot create his own set of punishments in defiance of the clear legislative intent. Every man is entitled to a fair hearing where the burden of proof is set and adhered to, and the results are not just what is politically expedient for one person, the sitting governor.

20) I am informed that Governor Gray Davis has expressed his policy that no murder offender will be paroled on his watch. As a former Commissioner and as a lawyer, such a policy is clearly contrary to the statutes and

regulations governing the parole process. Such a policy will exacerbate an already unacceptable situation which is backlogging hundreds, perhaps more, of life prisoners who are already beyond the term they would normally have served but for the "no-parole" policy.

I declare, under penalty of perjury, that the facts I have stated are true and correct. My expressions of belief as to each specified facts are based on the reasons I have given as to each such fact. I would be willing to testify to same in a court of law. I so swear, this _5th_ day of _March_ 1999, at Los Osos, California.

Continuation from front page #1.

_Albert M. Leddy_
Albert M. Leddy
Declarant

Since April 17, 1980, I've been serving -15-years-to-life for over a "true crime of passion" without any prior criminal history! My minimum/maximum release dates were: April 19, 1990 & Jan. 25, 1994. Since these dates, parole, foreign transfer continuosly denied for BOGUS reasons. On. Sept. 16, 2002, the BPH denied my parole/transfer "within -3- minutes" -4- more years, after serving for almost a "quarter of century!" Therefore I've refused to appeared before the BPH on Oct. 25, 2006. On that date, the BPH behind my back, hold a "De Facto BPH" and denied my parole/transfer -4- more years. Which means, I will be serving almost -30- years, and no end in sight. At the same time, others convicted of "...shockingly-gruesome-brutal-base-ball-bat & Uzi-Machine-Gun-Murderers..." are repeatedly granted/ordered parole/transfer by the BPH and the courts, after serving many, many less-years than myself. My petitions for these "illegal denial of parole/transfer" all issued "Post-Card-Denials" by the state courts. Including my petition for the denial of parole/transfer "within -3- minutes" were all issued "Post-Card-Denials" by the Supreme Court of California, times two! Case NO.: S115365/S13321. In fact, during my -28- years of incarceration, not a single one petition ever granted by the state courts! Including my petitions for the -15- months "illegal SHU Term" and my petition for the BOGUS I/M manufactured weapon charged/conviction, were all issued "Post-Card-Denials" by the Supreme Court of California, Case NO.: S55463/S53500. I declare under the penalty or perjury, under the laws of the State of California, and the United States that I am a "completely innocent victim" in that BOGUS I/M weapon charged/conviction, and I'll submit to any fact finding procedure in order to establish my innocent! As a result of this BOGUS weapon charge and "illegal SHU Term" I've suffered very severe indelible physical, psychological and legal damages in that "Notorious Corcoran SHU" (where the guards set-up fights between the inmates, so that they'll have an excuse to shoot an kill an inmate, as reported by the Sacramento Bee).

Talk about the "...collective conspiracy..." by the "De facto BPH" and the state courts, by using "trump-up-charges" for the reasons for my "extended suffering!" I swear to God that they've my blood in their "dirty hands!" In a bold speech to the American Bar Association in San Francisco in 2003, U.S. Supreme Court Justice Anthony Kennedy asserted that when it comes to prisons, "our resources are misspent, our punishment too severe and our sentences are too long!" I've committed no "...shockingly-gruesome-baseball-bat & Uzi-Machine-Gun-Murders" nor was I sentenced to "life without the possibility of parole!" However, the "De facto BPH" have taken the law into their own "dirty-hands" and sentenced me to "life without the possibility of parole!" That's "illegal!" You could be part of the problem, or part of the solution. Its up to you. Thank you!

CTF-C-ZW-329-L - P.O. BOX 689
SOLEDAD, CA 93960  USA

Mr. James Davis, Presiding Commissioner
Ms. Noreen Blonien, Deputy Commissioner                    **March 5, 2007.**
Ms. Janice Eng, Commissioner, Observing
State of California Board of Parole Hearings
1515 "K" Street, Suite 600 - Sacramento, CA 94283

RE: LETTERS FROM THE VICTIM'S SISTERS: MICKEY HARRIS-DAVIS, DANA KAISER-AULOOS
NEPHEW BRANDON HARRIS, TO THE BPH OPPOSING FIKRI BAYRAMOGLU'S "TRANSFER/
DEPORTATOIN" TO HIS HOME COUNTRY TURKEY, AFTER SERVING -27- YEARS FOR HIS
-15-YEARS-TO-LIFE-SENTENCE WITHOUT ANY PRIOR CRIMINAL HISTORY. MARIN CO.
SUPERIOR CRT. NO.: 8215. D.A.'s OFFICE NO.: 3926. OCT. 25, **2006.** "TRANSFER/
DEPORTATION" DENIED -4- MORE YEARS. REFUSING TO ATTEND FUTURE HEARINGS.

**Dear Mickey, Dana, and Brandon:**
This is a very difficult letter for me to write. I've nothing to gain, perhaps
a blame. I feel obligated, and sincerely care about all of you, and I'm sure Tracy
would like me to write this letter. **MICKEY:** I'm extremely and very deeply sorry for
what I've done. You've every right to feel the way you feel about me, and I'll never
hold that against you. If you'd allow me to get down to my knees and kiss your feet,
just to make you feel a little better, I'll do it in a second. Try me! You wrote in
part: "Tracy was kind; she was generous." To me Tracy was more than just kind and
generous. She was love, most beautiful; gorgeous young lady, with a "Golden Heart!"
I've live with her almost -2- years, and during that time, not once she talked bad
about anyone, or used any vulgar language. When I've lost her, it felt like I've lost
the piece of my heart! Purpose and meaning of my life. Not that "If I can't have her,
then nobody can." But rather I did not have noting in my life. And please believe me,
on that fateful day, I had tiers in my eyes, and very severe heart-ache in my heart!

In fact, I was examined by half of dozen court appointed psychiatrists, and they
all basically testified that: "...on the day of the shooting, he was so involved with
Tracy, so dependent on her, and he "merged with her." In other words, in shooting her,
he was actually committing suicide, because at that point, he could not tell the dif-
ference between her and himself." Dr. Gudstadt also testified that: "...there was no
question that his psychiatric condition, and his suicide attempt were genuine." In
his opinion, "...the shooting would not have happened had I was not been psychotic
at the time." The physician who treated me in trauma room testified: "...based upon
his experience in treating suicide victims, the nature of my wounds indicated that
this had been a genuine suicide attempt. The knife inflicted a life threatening wound,
and only missed the heart by an half an inch." I wished Tracy was the one who survived,
instead of me. She was full of love, a far more better human being than I can ever be!
She did not deserved to died. She was the "ultimate victim" not me. **MICKEY:** I'm extre-
mely and very deeply SORRY! **DANA:** I think I've met you very briefly once, but I do
not remember when or where. Again, I'm extremely and very deeply sorry for what I've
done, and you've every right to feel the way you feel about me, and I'll never hold
that against you. If you allow me to get down to my knees to kiss your feet, just to
make feel a little better, I'll do it in a second. Try me! **DANA:** I'm extremely and
very deeply SORRY! **BRANDON:** You were just a little beautiful boy when I've met you.
We used to played together. There should be a picture of us, carrying you on my sho-
ulders. You used to called me "Uncle Fiko." I'm sure you've grown up to be a fine
looking young man. Your Aunt Tracy used to say: "He's so cute!" **BRANDON:** I'm extrem-
ely and very deeply SORRY!                                  Very sincerely,

Copies Provided To: Office of the Governor                 ＋ikRi
Marin County Superior Court. D.A.'s Office                  FIKRI
Turkish Embassy/Consulate. American Embassy, ANKARA.

If writing letters to the BPH causing too much stress and anxiety to this family,
perhaps you do not have to. Because I will continue not to appear before the BPH for
reasons noted in my letter of Aug. 10, 2006. You may request a copy of that letter
from the BPH. I've no law rights before them, or any in the court.

FIKRI BAYRAMOGLU, #C-54604
CTF-CENTRAL, Z-WING 329L, P.O. BOX 689
SOLEDAD, CA. 93960-0689 USA

**October 30, 2007.**

**Mr. James Davis, Chairman, BPH**
P.O. BOX 4036
Sacramento, CA 95812-4036

**INQUIRY** FOR THE STATUS OF THE APPLICATION FOR THE INTERNATIONAL PRISONER
TRANSFER DATED: APRIL 30, 2007, PER REQUEST OF THE BPH CHAIRMAN AND MR.
MAHMUT OZBAY, COUNSELOR TO THE MINISTRY OF JUSTICE, ANKARA, AND PURSUANT
U.S.-TURKEY PRISONER TRANSFER TREATY AND PURSUANT TO REQUESTS OF THE
TURKISH EMBASSY/CONSULATE. MINIMUM/MAXIMUM EPRD: APRIL 19, 1999 AND JAN.
25, 1994. U.S. DISTRICT COURT (ND) CA. NO.: C 07 4374 VRW (PR).

**Dear Mr. Chairman:**

Enclosed please find copies of my letters dated: April 30, May 22, and July
23, 2007, to Mr. Ron Frantz, International Prisoner Transfer Program and to Ms.
Paula A. Wolff, Chief, U.S. Dept. of Justice, International Prisoner Transfer
Unit, and her response letter of June 27, 2007, in the matter of my above noted
transfer request/application. Also enclosed copies of Mr. Mahmut Ozbay, Counselor
to the Minister in Ankara, translated from Turkish to English by Ms. Paula A. Wolff.

Mr. Ozbay in his enclosed letter stated in part that: "...you need to submit a
document known as "CDC Form 830" to International Prisoner Transfer Program, Board
of Parole Hearings, at the address P.O. BOX 4036 Sacramento, CA 95812-4036;..."

You've also requested that I should submit this above noted application at my
BPH of Oct. 25, 2006. During your review and approval of my transfer application,
please disregard the erroneous and inflammatory allegations made in Ms. M. Rubio,
CCI memo dated: Dec. 16, 1999 and Captain Terry Brayer's letter of July 26, 2000, to
Turkish Consul Mr. Nevzat Uyanik, regarding my commitment offense and so called
disciplinary history. I've been incarcerated since April 17, 1980, and I do not have
a single so called "serious CDC 115" that I am guilty of, and I declare under the
penalty of perjury, under the laws of the State of California, that I am a "complete-
ly innocent victim" in that "SPURIOUS" I/M manufactured weapon charged, administra-
tive conviction, and "admitted" in the Director Level "Amended Decision" dated: Aug.
27, 1997, that I was "illegally" sentenced to -15- months SHU Term in the notorious
Corcoran SHU. Briefly put, the CDC is solely responsible for very grossly contamin-
ating my spotless, near "model inmate record" prior to these erroneous and very in-
flammatory charges, in which, it had very devastating and pernicious effect upon my
parole and transfer, and caused a very serious problem between me and my Turkish
Governmental Officials herein the U.S. and in Turkey.

I should not be held responsible for the incompetence, perhaps deliberate
actions/omissions of others, and paid a very severe price for it. I thank you in ad-
vance for your just and fair consideration and approval of my transfer, and I look
forward to hearing from you ASAP. Thank you very much.

Enclosures.
CC: Turkish Embassy/Consulate,
    Mr. Mahmut OZBAY, Ankara,
    Ms. Paula A. Wolff, Chief
    U.S. DOJ International Prisoner Transfer Unit.

FIKRI BAYRAMOGLU/APPLICANT

CTF-C-ZW-329L - P.O. BOX 689
SOLEDAD, CA 93960 **USA**

**August 20, 2006.**

**Mr. Daniel Kossick**
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102

RE: PETITION FOR A WRIT OF CERTIORARI FOR THE "STOLEN TWO MAJOR LAWSUITS" **BY THE**
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT, FIRKI BAYRAMOGLU v.
KERNAN, ET AL., CASE NOS.: 00-16527/03/15131. FIKRI BAYRAMOGLU v. JAMES GOMEZ,
ET AL., CASE NO.: 99-16673.

**Dear Mr. Kossick:**

Enclosed please find a copy of my letter to August 1, 2006, to Mr. H. Trant
Clerk of the United States Supreme Court, in the above noted matters, with its
enclosures, and my attached letters to the United States Senator Ms. Diane Feins-
tine & Barbara Boxer, dated March 26, 2006, and copy of my letter to Ms. Boxer
dated May 31, 2006, and copy of my letter of March 21, 2006, to "State Senator" Ms.
Betty Karnnette, concerning these "stolen lawsuits' and my legal nightmares in the
California State Prisons and it's legal system.

On August 16, 2006, the above noted certiorari returned for the reasons noted
in my letter to Ms. Trant. On the same way, I wrote at the bottom section of Ms.
Trant's letter of August 11, 2006, that the petition is returned back to you for the
reasons noted in my attached letter of Aug. 1, 2006, and I also wrote in part that:
"Please do not bother to return the Petition for the third-time, I will refuse it,
and they cannot "force" me to receive it, or accept it. Sincerely, CC: Turkish Ambas-
sador, Washington, D.C. American Ambassador Ankara, Turkey." Mailed it back to her.

You were the attorney **who** took my deposition in this case, NO.: 99-16673) and
filed a "summary judgment to dismissed." You probable thought that the matter is over?
No, it's not, and never will be, until I'm being justly and fairly compensated in
these above noted "stolen lawsuits!"

I'm from the "Young Turks" who believes in fighting for a just cause and effect
like lions! In fact, my mother used to called me "Yilmaz!" (Intrepid) You appeared to
be a nice and professional person, despite your "bogus motion for summary judgment to
dismissed." You should know that, in law, its always, one must strive to do what's
right and good. If not, it will always come back at you, in one form or the other.

Stealing my righteous lawsuits, setting me up with "BOGUS" possession of I/M
manufactured weapon charged/conviction, "illegally sentencing me to a -15-months
SHU Term" in the "Notorious Corcoran SHU," and making me suffer more than they should
just simply because of my Turkish race and Muslim Religion, are "Unamerican/Ungodly"
things to do! **Why?** I'm not your enemy! (Not until your country messes with the **"Young
Turks"** than, I'm at the order/directions of the my solely elected representatives of
my country, all day they've to do is to order me, and I'll do **"anything"** for the "Young
Turks" that's my Godly obligation!) I just hope that you'll do what's right and good
this time, and less settled these matters in a civilized, just and fair manner. Other-
wise, I **swear to you**, like I've in my letter to Ms. Trant that: "...I'm determined to
do **"anything" in an effort to bring an international SHAME upon the U.S.** and to seek
just and fair settlement." CC: Ms. H. Trant, Clerk of the U.S. Supreme Court.
Attorney Ms. Gokce Su Gulleroglu, Ankara. Turkish Embassy, W.D.C. American Embassy
Ankara. U.S. Senator Ms. D. Feinstein & Barbara Boxer, Senator Mr. B. Karnette.
U.S. Congresswoman Ms. Barbara Lee. Sincerely, Enclosures.

FIKRI BAYRAMOGLU/PLAINTIFF.

TURKISH PRISONER HELD-HOSTAGE IN THE CALIFORNIA STATE PRISON!
FIKRI BAYRAMOGLU, C-54604
CTF-C-ZW-329L - P.O. BOX 689
SOLEDAD, CA 93960  USA

DENISE A. YATES
Deputy Attorney General of California        October 19, 2006.
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004.

IN RE: FIRKI BAYRAMOGLU, PETITIONER ON HABEAS CORPUS, U.S. DIST. CRT. (ND) CA.
CASE NO.: C 06-2249 VRW (PR) USCA NINTH CIRCUIT CASE NO.: 06-73187. REFUSAL TO
ATTEND BPT "PAROLE SUITABILITY HEARING" OF OCT. 26, 2006. BECAUSE IT'S IRRELEVANT.
SO CALLED "PUBLIC SAFETY AND/OR DANGER TO SOCIETY" IS ALSO IRRELEVANT! PETITIONER
HAS BEEN STRUGGLING FOR THE LAST -15- YEARS TO BE DEPORTED, GO BACK HOME!

DEMAND FOR APOLOGY: For the spurious possession of I/M manufactured weapon charged/
conviction. Because Petitioner was a COMPLETELY INNOCENT "VICTIM!" RE: Pet. for
Writ of H.C. U.S. Dist. Crt. (ED) CA. Case NO.: CIV-S-96-2175-LKK-JFM P. (After -15-
years in prison, and with near "MODEL INMATE RECORD!").

DEMAND FOR APOLOGY: For the -15- months ILLEGAL SHU TERM in the nation's most deadly
state prison, the notorious Corcoran SHU! RE: Pet. for Writ of H.C. U.S. Dist. Crt.
(ED) CA. CASE NO.: CIV-S-96-2152-LKK-GGH P. See atch. Dir. Level "Amended Decision"
dated: Aug. 27, 1997. Case NO.: 9403327.

DEMAND FOR APOLOGY: For "stealing Petitioner's $75,000 Lawsuit, plus pain and suffer-
ing for the -15- months "illegal SHU Term" and his lawsuit for the denial of "confi-
dential correspondence" with the Turkish Ambassador, while serving that -15- months
"illegal SHU Term!" USCA FOR THE NINTH CIRCUIT CASE NO.: 03-15131/99-16673.

DEMAND FOR APOLOGY: For making Petitioner suffer more just because of his Turkish
race and Islam Religion! If that's not true, than why others with lot, lot more severe
crimes, and much, much less-time served than this Petitioner are being Ordered/Granted
parole/transfers, but not this Petitioner?

DEMAND FOR APOLOGY: On the behalf of my nation, ASLAN TURKIYE CUMHURIYETI! For the
American movie titled "Midnight Express" insulting/slanting Turkish legal system and
it's prison conditions, an actor  playing Billy Hayes while standing at the front of
three panel court/judge said: "TURKEY, I FUCK YOUR NATION, AND I FUCK YOUR SONS AND
DAUGHTERS!" If not, "AMERICA, I FUCK YOUR NOTION, AND I FUCK YOUR SONS AND DAUGHTERS!"
(No disrespect to those Americans with love and fear of God in their hearts and minds,
strive to do what's right and good, all their lives!)

DEMAND FOR APOLOGY: Form this Court, and this Prosecuting Attorney for her BOGUS MOTION
TO DISMISS, despite the fact she knew that the Petitioner had "exhausted" his so called
judicial remedies! The Court sat on this BOGUS MOTION for -6- months, just to decide
whether to returned Petitioner back to California Supreme Court (Puppet of the Governor)
What happened at the Supreme Court of California? They sat on Petitioner's Petition
one more year, and issued another "POST CARD DENIAL!" Case NO.: S133211.

DEAR MS. YATES:
     The following documents are integral part of the above noted matters, and in this
Petition are enclosed herein for your review and do what's right and good in these
matters! I sincerely believe that my sentence has been expired, and that I feel like
I've an "EVIL VAMPIRE" on my neck, sucking the life out of me, and I cannot break-through!

Ms. Denise A. Yates
Deputy Attorney General of California.
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004.
In re: FIKRI BAYRAMOGLU, Petitioner on H.C. U.S. Dist. Crt. (ND) CA.
CASE NO.: C 06-2249 VRW (PR) USCA NINTH CIRCUIT CASE NO. 06-73187.
Page -2-

    This Petitioner will not file nothing anymore! Because the review of the
following document's will show that he has no law rights in this country, due to his
Turkish race and Islam Religion! This prosecuting attorney cannot show a single one
state court petition, or any CDC 602 (I/M Appeal) "in style, and in substance" ever
granted by the state courts and the CDC during Petitioner's -27- years of incarcer-
ation, EVER! Not even the CDC 602 for the Petitioner's above noted -15- months "ille-
gal SHU Term" and the CDC 602 for the BOGUS possession of I/M manufactured weapon
charged/conviction, and his state court petitions were all just gloss-over, rubber
stamped denied by the CDC and the state courts! NO MAN, YOU'VE MY BLOOD IN YOUR HAND!

    Petitioner declares under the penalty of perjury, under the laws of the State
of California, that the United States Court of Appeals for the Ninth Circuit, have
"stolen two major lawsuits" from this Petitioner! See attached declaration of the
"Plaintiff" (Petitioner) in the United States Supreme Court, dated June 25, 2006.

    What's the point in filing anything, or going to the Board of Prison Terms so
called "Parole Suitability Hearing?" I've went to last BPT hearing on Sept. 16, 02,
the Board ordered me out of the board room "within -3- minutes" and denied my parole/
transfer to my country -4- more years, after serving almost a "Quarter of Century"
for my -15-years-to-life-sentence, without any prior criminal history, and with near
model inmate record, prior to above noted CDC misconduct! CDC/BPT are responsible for
messing-up my near model inmate record, and BPT is responsible for using these BOGUS
charges to deny my parole/transfer to my country, for years after years! THEY'VE MY
BLOOD IN THEIR DIRTY HANDS! I pray to Almighty God that they get whatever they des-
erve! If they did nothing wrong, or illegal, they should not worry about it!

    What kind of a "due process" a am can get "within -3- minutes?" The readers of
this document, should ask that question to you? They should also ask you: "What did
you do to his Petition for the denial of his parole/transfer to his home "within -3-
minutes?" Your "honest" answer should be: "I've filed a BOGUS motion to dismiss, and
the District Court sat on his Petition -6- months, just to decide whether to return
him back to the state supreme court, and we did, and the Supreme Court of California
sat on his Petition another year, and issued another "POST CARD DENIAL!" That's how
we stall/manipulate, and wiped our asses, with his so called law and human rights!

DATE            DESCRIPTION(S) OF THE DOCUMENT(S)                    PAGE(S)

Oct. 1 & 3, 2006. Pet. for Writ of Certiorari, returned by the Court and re-filed
               Oct. 17, 2006. Without it's enclosures.........................2
6-6-2006. Motion For Order The District Court To Grant The Petition/Deportation
Pursuant To U.S.-Turkey Prisoner Transfer Treaty Forthwith. USCA Ninth Cir. Case
NO.: 06-73187. attached to this motion, Petitioner's letter of June 5, 2006, desc-
ribing Petitioner's legal nightmares in this Court.
May 16, 2006. Petitioner's letter to the Chief Justice of the United States Supreme
Court. Enclosures: Attorney James W. Dirks' letters of 19 April, 1999 & 24 May, 2000.
Copy of the Petitioner's Turkish Attorney Ms. Gokce Su Gulleroglu's letters in Ankara,
dated: 16/12/ & 24/12/2004. Petitioner's declaration in the U.S. Supreme Court regar-
ding his above noted STOLEN LAWSUITS dated: June 25, 2006.

Ms. Denise A. Yates
Deputy Attorney General of California
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004.
In re: FIKRI BAYRAMOGLU, Petitioner on H.C. U.S. Dist. Crt. (ND) CA.
CASE NO.: C 06-2249 VRW (PR) USCA NIGHT CIRCUIT CASE NO.: 06-73187.
Page -3-

| DATE | DESCRIPTION(S) OF THE DOCUMENT(S) | PAGE(S) |
|------|-----------------------------------|---------|

August 10, 2006. Copy of Petitioner's letter to the BPT "REFUSAL TO APPEAR BEFORE
THE BPT FOR THE SCHEDULED BPT "PAROLE SUITABILITY HEARING..."
With it's "complete" enclosures.

August 1, 2006. Copy of Petitioner's letter to Ms. Heather Trant, Clerk of the
United States Supreme Court, with it's enclosures, including copy
of the Petitioner's letters to Senator Ms. Dianne Feinstein & Ms.
Barbara Boxer, dated: March 26 & May 31, 2006, and copy of Pet-
itioner's letter of March 12, 2006, to Ms. Betty Karnette. Califor-
nia State Senator, and copy of Petitioner's letter of Aug. 20,
2006, to Mr. Daniel Kossick, Deputy Attorney General of the State of
California, in the matter of Petitioner's STOLEN FEDERAL LAWSUITS,
LEGAL NIGHTMARES IN THE CALIFORNIA STATE PRISONS AND IN THE STATE
AND FEDERAL COURTS!

October 7, 2006. Copy of Petitioner's letter to "The Montel Williams Show" with it's
enclosures. Total copy of enclosures: -44- pages.

CC: TURKISH & AMERICAN AMBASSADOR.
   The Hon. Aykut KILIC, Minister, MINISTRY OF JUSTICE
   General Directorate of International Law and Foreign Affairs
   Milli Mudafaa Cad. 22 - 06659 Ankara / TURKIYE (My country's name is
   not TURKEY! It's TURKIYE. It means land of the brave TURKS!)
   Attorney Ms. Gokce Su Gulleroglu, Ankara. Without enclosures.
      "TO ALL TURKISH & AMERICAN WRITTEN AND BROADCAST NEWS AGENCIES"
      If you need any more information/evidence in this matter,
      please contact me in the above noted address. Thank you.

FIKRI BAYRAMOGLU/PETITIONER.

FIKRI "TURK YILMAZ!"
BAYRAMOGLU, 14C-54603
CTF-C-ZW-329L - P.O. BOX 689
SOLEDAD, CA 93960 USA

October 25, 2006.

Mr. James Ching
Deputy Attorney General
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004.

RE: PETITION FOR WRIT OF HABEAS CORPUS FOR THE "SPURIOUS" POSSESSION OF I/M WEAPON CHARGED/CONVICTION; SUPREME COURT OF CALIFORNIA CASE NO.: S53500. U.S. DIST. CRT. (ED) CA. "REQUEST FOR RECONSIDERATION OF THE ORDER DENIED PETITION, BECAUSE THE COURT MADE CRUCIAL MISTAKES,..." CASE NO.: CIV-S-96-2175-LKK-JFM P. SERVED VIA USPS "CERTIFY MAIL, RETURNEE RECEIPT REQUESTED" ARTICLE NO.: 700-0500-0001-6159. RECEIVED BY THE COURT: 9-23-2004. DEMAND FOR APOLOGY FOR THE CONVICTION OF "COMPLETELY INNO-CENT VICTIM!" PETITIONER FIKRI BAYRAMOGLU!

Mr. Ching!

Enclosed a copy of my letter of Oct. 19, 2006, to Denise A. Yates, Deputy Attorney General, and copy of my "Petition For Review" in the Supreme Court of California, dated: Oct. 20, 2006. You were the prosecuting attorney in the above noted petition, who fooled the Supreme Court of California to issued a "Post-Card-Denial" of my petition, without the assistance of counsel.

Attorney Kevin Reedy, at my BPT Hearing of July 25, 1995, said: "It was not Mr. Bayramoglu's weapon!" Commissioner S. Baker: "Counselor, are you suggesting that she put it there?" Attorney Reedy: "No! I'm not suggesting that. It was not Mr. Bayramoglu's weapon!" The U.S. Dist. Magistrate Judge, who "REPEATEDLY" stated that the alleged weapon was found "INSIDE" of the Petitioner's locker! Stupid idiot! Get your facts straight, before making a life; liberty destroying allegations/decision!

You believed that you had successfully prosecuted a "completely innocent victim" and the case was closed! Yeah, let you believe that all you want! This case will never be closed, until I establish my complete innocence in this matter. In my "Notice of Appeal;.." in the USCA for the Ninth Circuit, dated: 11-1-2004, I've stated in part: "...I am a totally innocent victim in this matter...and deadly serious about establishing my innocence." Since that time, no matter, what I've done, these cold-blooded-dispassionate, coward courts" have been wiping their shity asses with my law and human rights! Mainly just because of my Turkish race and Islam Religion! The review of the enclosed documents, and courts files will show that I've no law rights in this country especially, after the 9/11 due to my Turkish race and Islam Religion!

They've "forced" me by repeatedly gloss-over, rubber stamped denying anything/everything that I've filed in the CDC/BPT and the courts, not to have any trust and respect for them! Anyone, or place have no value and respect for my life and liberty, and expects a respect from me, must get their heads examined! The respect for the integrity is earned by doing what's right and good. In Petitioner's cases, they've failed miserably to maintained that integrity!

You and the others who have molested my law and human rights, better take notice! The Hon. Aykut KILIC, Minister, Ministry of Justice Ankara, the Hon. Bulent ARINC, the Speaker of the Grand National Assembly of the Republic of Turkiye, have crossed their arms on their chests, and very closely monitoring my "Legal Nightmares" in the U.S.

I shall never rest, until I've established my "complete innocence" in this matter! I shall prevail! Because I'm fighting for the noble cause and effect. You're going to have to deal with me, until I establish my complete innocence in this matter. Turk couldn't took a city, came back -40- years later, and took it, and said: "Never too soon!" Enclosed a copy of my letter to Mr. Daniel Kossick, D. Attorney General, dated: Aug. 20, 2006, and motion in the USCA Ninth Cir. Dated "666" CASE NO.: 06-73187. Enclosures. CC: Turkish & American Ambassador. Hon. Aykut KILIC & Bulent ARINC, Ankara.
"To All Turkish & American Written & Broadcast News Agencies."

FIKRI BAYRAMOGLU/PETITIONER.

TURKISH PRISONER HELD-HOSTAGE IN THE CALIFORNIA STATE PRISON!
FIKRI BAYRAMOGU, #C-54604
CTF-C-ZW-329-L - P.O. BOX 689   USA

February 4, 2007.

The Honorable Jerry E. Brown
Attorney General of the State of California
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102-7004.

RE: FIKRI BAYRAMOGLU, PETITION ON WRIT OF HABEAS CORPUS, U.S. DISTRICT COURT
(ND) CA. CASE NO.: C 06-2249 VRW (PR).

Dear Honorable Attorney General:

I am very happy that you're the Attorney General of the State of California.
I am familiar with your brilliance, and with your leadership qualities that now
you bring into that office. When I was serving -15- months "illegal SHU Term" in
the notorious Corcoran SHU. (the nation's most deadly state prison, according to
the Sacramento Bee) I've used to listen to you on the radio station (KPFA) and have
written letters to you, and have made some small contribution to that station per
your request.

Despite the some of the changes that you've made in your political views, I am
confident that they're necessary and noble changes for the benefit of the state that
now you so brilliantly and fairly represent. I've my confidence in your brilliance
and in your fairness. I am not writing you just to congratulate you for your success-
ful election into the Office of the Attorney General, but not I've a "request" for
your personal investigation of my "American Legal Nightmares" and constant viola-
tions of my law and human rights!

It seems like I've no law rights in this country! No matter what happens to me;
no matter what I've filed, all are simply just gloss-over, rubber-stamped denied!
For example, Deputy Attorney General Ms. Denise A. Yates, dragged me in an out of
state courts for "erroneously" accusing me for failing to exhaust state judicial
remedies, and I had to complied, went back to the state courts, received more "post-
card denial" of my petitions, of the denial of my parole/transfer pursuant to U.S.-
Turkey Prisoner Transfer Treaty, "within -3- minutes", (for God's sake, what kind of
a due process a man can receive within -3- minutes!) she file her second BOGUS
motion to dismiss my petition! Enclosed please find copy of my TRAVERSE dated: Jan.
18, 2007, basically stating that I've no law rights in this country!

Also enclosed are the copies of the letters that I've written to Ms. Yates, and
Deputy Attorney General Mr. James Ching, and Mr. Daniel Kossick, dated: Oct. 19/25,
and Aug. 20, 2006. Your examination of these facts/documents perhaps will give you
better understanding of my legal nightmares in the California criminal justice system.

I've served lot more time than the some of the cold-blooded-dispassionate mur-
derers who have been ordered/granted parole/transfers already. Prior to this tragic
love-story, I've never been in any trouble in my lifetime, and as s result; I've been
very severely punished; learned a very painful lesson, and become a much better per-
son than I've used to be; and I am very deeply, deeply, sorry, sorry, sorry for what
I've done, and its a fact that had I knew than what I know now, this would of never
happened in the first place, but if no one believes all that, that's just fine. Do
the crime, do the time! I've served, finished my time! Especially in comparison to
many individuals have been convicted of much more severe crimes and have served lot
less-time than myself. I'd like you to know that I've survived a "genuine suicide
attempt" at the time of the tragedy, and yet, treated worst than some of the cold-
blooded-dispassionate murderers! Please do what's right and good, and please release
me, and let me go back home. I look forward to hearing from you. Thank you.
Enclosures.

Respectfully submitted,

CC: Above noted Court.
(Without enclosures )

FIKRI BAYRAMOGLU/PETITIONER.

HELP! HELP! HELP! SENTENCE EXPIRED! **FORGOTTEN MAN!**
TURKISH PRISONER HELD-HOSTAGE IN THE CALIFORNIA STATE PRISON!
**FIKRI BAYRAMOGLU**, #C-54604-CTF-C-ZW-329-L - P.O. BOX 689
SOLEDAD, CA 93960   USA - PETITIONER IN PRO PER.

The Honorable Jerry E. Brown
Attorney General of the State of California
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102/7004.

    I, FIKRI BAYRAMOGLU, DECLARE UNDER THE PENALTY OF PERJURY, UNDER THE LAWS
OF THE STATE OF CALIFORNIA, AND UNDER THE LAWS OF THE UNITED STATES THAT
I AM A "**COMPLETELY INNOCENT VICTIM**" IN THE INMATE MANUFACTURED WEAPON
CHARGED/CONVICTION, AND I DECLARE THE SAME THAT I AM "DEADLY, DEADLY, **DEADLY**
SERIOUS" ABOUT ESTABLISHING MY INNOCENCE IN THIS MATTER. SUPREME COURT OF
CALIFORNIA, CASE NO.: S53500, UNITED STATES DISTRICT COURT (ED) CALIFORNIA
CASE NO.: CIV-S-96-2175-LKK-JFM P.

Dear Honorable Jerry Brown:

    You did not respond to my letter of Feb. 4, 2007, in this matter and others
that I've brought to your attention for your investigation and assistance. Nor your
Deputy Ms. Denise Yates & Mr. James Ching, have responded to my letters of Oct. 19/
25, 200, in this matter. The copies of these said letters are enclosed herein for
the entire world to READ!

    Mr. Brown, I do not fuck around when it comes to fighting for the just cause
and effect! Especially, when it involves my "complete innocence" and protection of
my Constitutional Law and God given Human Rights! I am from the "Young Turks" born
fighter, who believes in fighting for the just cause and effect like lions!

    In my recent writing of Aug. 5, 2007, in the Supreme Court of California, Case
NO.: S151345, I've stated before the Chief Justice in part: "I promise before the
Almighty God, I promise before this court, I'll do anything and everything within my
power to get the spurious weapon charged/conviction remove from my file, even if,
that costs the loss of my life and freedom forever!" Consider this same promise as if
made before you as well.

    In the American movie "Midnight Express" slanting/insulting Turkish legal System
and its prison conditions, an actor playing Billy Hayes, while standing at the front
of three panel Turkish court said: "TURKEY, I FUCK YOUR NATION, AND I FUCK YOUR SONS
AND DAUGHTERS!"

    I say to those who have charged/convicted/sentenced me, "gloss-over-rubber-
stamped issued "Post-Card-Denials" for all of my appeals in this matter, and to those
who are in authority who believes in my "innocence" in this matter, and choose "deli-
berately and intentionally" not to do what's right and good in this matter: "I FUCK
YOUR SONS AND DAUGHTERS" and I fuck each and everyone of you!

    Turkish Embassy/Consulate: I fuck your total disregard for your citizen's life;
liberty and for his Constitutional Law and Human Rights! And I fuck you for believ-
ing CDC/BPT "trump-up-charges" that resulted in the denial of my parole and "poisoned"
my transfer to my country and in my "extended suffering!" Briefly put, I fuck your
being part of the problem, instead of the solution. I shall shout to the world until
I've establish my "complete innocence" in this matter. Dated: Aug. 27, 2007.

Enclosures. CC: Turkish Embassy/Consulate
American Embassy, Ministry of Justice,
Attorney Ms. Gokce Su Gulleroglu, ANKARA.
Attorene Richard D. Atkins & Mr. Justin Brooks
Professor of Law, "California Innocence Project."
**TO:** "ALL AMERICAN & TURKISH WRITTEN & BROADCAST NEWS AGENCIES."
(Enclosures and other documents provided upon request)

FIKRI BAYRAMOGLU/PETITIONER.

STATE OF CALIFORNIA—YOUTH AND ADULT CORRECTIONAL AGENCY                                    PETE WILSON, *Governor*

# DEPARTMENT OF CORRECTIONS
P. O. Box 942883
Sacramento, CA  94283-0001



August 27, 1997

Bayramoglu,  C-54604
Mule Creek State Prison
P.O. Box 409099
Ione, CA  95640

RE:  DIRECTOR LEVEL DECISION               **AMENDED DECISION**
CASE NO. 9403327
INSTITUTION LOG NO. 94-1830 (SOL)

Upon request of the California State Attorney General's
Office, the decision rendered at the Director's Level
Review, for the cited Inmate Appeal Branch Case number,
dated March 3, 1995, was reevaluated.  Based upon this
review, it is determined that the appellant's arguments have
some merit.   The appellant was issued a CDC 115, Rules
Violation Report (RVR), log number S2-94-04-354, charging
him with violation of the California Code of Regulations
(CCR), Title 15, Section 3005, Physical Altercation.   The
original review appropriately determined that appellant was
afforded disciplinary due process per the CCR and was found
guilty by the Senior Hearing Officer based upon the
preponderance of evidence presented during the original
disciplinary hearing.  However, it was determined that the
reviewing officer inappropriately elevated the RVR from a
Division "D" offense with the specific charge of a Physical
Altercation to a Battery, without ordering the RVR to be
reissued and reheard.  Subsequently, appellant was
inappropriately assessed a 15 month Security Housing Unit
(SHU) Term, based upon the amended charge.

The institution shall remove from the cited RVR, all
reference to the amended charge of battery, and retain the
specific charge of a Physical Altercation.  The institution
shall also schedule appellant for Institution Classification
Committee review, and recalculate appellant's credit earning
status.   The institution shall document in appellant's
central file that the 15 month SHU Term was inappropriately
assessed and determine the appellant's appropriate Work
Group earning status for the period appellant was in SHU for
the cited RVR.

W. DES VOIGNES, Appeals Examiner          G. BONNIE GARIBAY, Chief
Inmate Appeals Branch                     Inmate Appeals Branch

cc:  Warden, MCSP
     Appeals Coordinator, MCSP

FIKRI BAYRAMOLGU #C-54604
CTF-CT ZW-929-L - P. O. BOX 689
SOLEDAD, CA 93960 USA

TO: Chief of Inmate Appeals Branch
1515 S Street, Sacramento, CA 95814                          August 27, 2007.
P.O. BOX 942883
Sacramento, CA 942883-0001

RE: SPURIOUS I/M MANUFACTURED WEAPON CHARGED/CONVICTION, DIRECTOR LEVEL CASE
NO.: 9308790 - INST. LOG NO.: 94-1200 (SOL) RE: -15- MONTHS **"ILLEGAL SHU TERM"**
DIRECTOR LEVEL **"AMENDED DECISION"** CASE NO.: 9403327 - INST. LOG NO.: 94-1830.

1.    Exactly -10- years ago today this office issued that above noted "Amended
Decision" that admitted and declared above noted SHU Term "illegal!" In the SHU, I've
brought the matter to the attention of the CCI D. Demmir, and he wrote on my CDC 602
that your SHU Term calculated correctly. I think you should go back to school, and
take a mat course. After I've received the copy of the "Amended Decision" I wrote on
it and said, take this, role it up, and stick it up in your ass, sideways!
2.    On July 26, 2000, Terry Brayer, Facility Captain wrote a letter to Turkish Gene-
ral Consul, L.A. told him bunch of lies about me, and these above noted "trump-up-
charges" and virtually, "poisoned" my transfer to my country, pursuant to U.S.-Turkey
Prisoner Transfer Treaty. "The Whore" CCI M. Rubio, in her memo of Dec. 16, 1999,
attached to my application for my transfer wrote in part: "...SHU term for Battery on
an inmate with **Great Bodily Injury**." I've told her that she was wrong, she said: "My
memo is correct and accurate. Get out of my office!"
3.    In response to Captain Brayer's letter, I've wrote -6- page letter to the Turkish
General Consul Nevzat Uyanik, and supplied him with bunch of CDC documents, in an ef-
fort to convinced him that he was lying, or incorrect, the Consul did not even bother
to write me a thank you letter, and all these lies, reached all the way to Ministry
of Justice in Ankara, and till this day, they all believed that I am guilty of these
above noted very "inflammatory "trump-up-charges!" Captain Brayer, and Turkish Consul
I fuck both of you for "poisoning" my transfer, and for my "extended suffering!"
4.    In the American movie "Midnight Express" slanting/insulting Turkish legal system
and its prison conditions, an actor playing Billy Hayes, while standing at the front
of the three panel Turkish court said: "TURKEY, I FUCK YOUR NATION, AND I FUCK YOUR
SONS AND DAUGHTERS!" It seems like Americans loves you very much Mr. Consul Uyanik! I
fuck your total disregard for your citizen's life; liberty and for his Constitutional
Law and Human Rights! I fuck your being part of major problem, instead of solution!
Any person or place that does not have any respect or any value for my life; liberty
and for my Constitutional Law and Human Rights, deserves no respect from me! Respect
is earned by doing what's right and good! You're an "unscrupulous crooks!" You deser-
ve no respect from me. When I've tried to get them correct these above noted very ser-
ious misconduct, they've all ganged-up on me, wrote me up (CDC 128B 11/2/2005) dragged
me in and out of -4- different cells in -30- days! These facts are "extremely" well
documented! RE: U.S. Dist. Crt. (ED) CA, CV-S-96-2152-LKK-GGH P. Order Filed: 1/11/06).
5.    Enclosed is the copy of my letter of Aug. 27, 2007, to the A.G. of the State of
California, the Hon. Jerry E. Brown. It is not over, until I establish my "complete
innocence" and until the "Fat Lady" sings! You're going to have to deal with me, soon
or later, in the "real court of law" or in the court of the people of the world! I'll
shout to the world until I've establish my "complete innocence!"
Enclosures.
CC: The Hon. Jerry E. Brown. Turkish Consulate General, L.A.
    Ministry of Justice, American Embassy, & Attorney Ms. Gokce
    Su Gulleroglu, ANKARA. Attorney Richard D. Atkins & Mr. Justin
    Brooks, Professor of Law "California Innocent Project."
    TO: "ALL AMERICAN & TURKISH WRITTEN & BROADCAST NEWS AGENCIES."
    (Enclosures and other documents provided upon request).

FIKRI BAYRAMOGLU

NUMBER: **C54604**          NAME: **BAYRAMUGLU**          HOUSING: **XW**          CDC-128G (REV. 474)

CUSTODY:    MED A(S)          RELEASE:    MEPD 4-19-90
RECLASS:    10-02            C/S:          04
PRIV. GR.:    A              WORK GR.:    A1

### SUMMARY: I.C.C: CHANGE WG/PG C/C TO A1A, RE-AFFIRM SINGLE CELL, P/O S/S CLERICAL AND CENTRAL TEXTILES W/L.

COMMENTS:    Inmate Bayramuglu appeared before I.C.C. today for a Special Review. Inmate Bayramuglu is requesting to be taken off C/C status. Committee is in receipt of a handwritten note requesting to be taken off the C/C status and would like to return to work as soon as possible. It should be noted that Inmate Bayramuglu appeared before U.C.C. Unit IV, CTF-North on 12-5-01 wherein Committee took the following actions: Establish MED A custody, assign WG/PG C/C and house single cell due to his past history of being a victim of a battery in the cell on two (2) different occasions. During that Committee action, Inmate Bayramuglu stated that he did not want to have a cell mate, that his stress level was very high and that he wanted to kill his cell mate. On 12-14-01, Inmate Bayramuglu appeared before I.C.C. at CTF-Central, wherein I.C.C. affirmed his placement in single cell status. Committee has reviewed all the classification chronos from 12-5-01 until this date 1-28-02 which reveal the following: Inmate Bayramuglu was issued a Serious CDC-115 on 11-21-01 for Refusal to Work. At the Disciplinary Hearing, the Senior Hearing Officer allowed Inmate Bayramuglu to ask questions to his direct Supervisor in Textiles, S. Yerkes, Industrial Supervisor/Textiles. The Senior Hearing Officer asked the following questions: Did Inmate Bayramuglu tell you directly that he was not coming to work? Answer: "He did not tell me directly, I called the hall and talked to Officer J. Sommers. She talked to him and called me back". Question: Do you still want him to work in Textiles? Answer: "Yes, I think he is manageable". No further questions were asked of Supervisor Yerkes and the telephone connection was terminated. Inmate Bayramuglu states that he had a severe headache during that day, however, he did not have a lay-in. Committee further notes, Inmate Bayramuglu has no prior history of refusing to work. During U.C.C. on 12-5-01, Inmate Bayramuglu indicated to the Committee panel members that he would not complete the forty (40) hours extra duty which he was given as a result of the disposition and the Serious CDC-115 for refusing to work. Committee deemed him a program failure and transferred him to CTF-Central and placed him in WG/PG C/C effective 12-5-01. I.C.C. is continuing Inmate Bayramuglu on single cell status, MED A custody and changing his WG/PG C/C to A1A effective 11-10-95. Grant 'S' time from 12-5-01 until reassigned. He is also being placed on Support Services, Clerical and Central Textiles waiting list. Inmate Bayramuglu was in agreement with the Committee's decisions and actions on this date. Inmate Bayramuglu was advised of his right to appeal any or part of the Committee's decision upon receipt of the copy this chrono for this Committee action.

CHAIRPERSON: J. SOLIS, CDW (A)          RECORDER: R. LEACH, CC-II
PANEL: L. G. SCHWIMMER, F.C., A. TOMASETTI, F.C.; R. LEACH, CC-II / jkj

DIST:    C-FILE
         INMATE

DATE: 1-28-2002          CLASSIFICATION: I.C.C. /AD SEG          INST:    CTF-CENTRAL